ORIGINAL

ECF

# In The United States Court of Federal Claims

RECEIVED & FILED
APR - 9 2004
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

## Cover Sheet

Plaintiff(s) or Petitioner(s)

______________________________

______________________________

**If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.**

Name of the attorney of record: [See RCFC 83.1(c)] Arthur N. Lerner

Firm Name: Crowell & Moring LLP

04-633C

Post Office Box: ______________

Street Address: 1001 Pennsylvania Avenue, NW

City-State-Zip: Washington, D.C. 20004-2595

Telephone & Facsimile Numbers: Tel: (202) 624-2500; Fax: (202) 628-5116

E-mail address: alerner@crowell.com

Is the attorney of record admitted to the Court of Federal Claims Bar? Yes

If **NO**, please call (202) 219-9630 for admission papers and instructions.

Nature of suit code: [1] [1] [8]

**Select only one [three digit] nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.**

______________________________

______________________________

Government Agency Involved: [0] [ ] [ ]

**See attached Sheet for three digit code.**

Amount Claimed: $ 7,201,537.75

**If to be determined, put the phrase "to be determined" in Amount Claimed Space.**

Vaccination Date: **(Vaccine Cases Only)** ______________

If this is case related to any pending or previous case you are **required** to file a separate notice of related case(s). See RCFC 40.2

April 25, 2003