**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| HEALTHAMERICA PENNSYLVANIA, INC., Plaintiff, | ) | |
| v. | ) | No. 04-633C (Judge Hewitt) |
| THE UNITED STATES, Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Rule 6(b)(1) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests a 30-day enlargement of time, to and including July 8, 2004, within which to respond to plaintiff's complaint in this case. Our response is currently due on June 8, 2004. This is the Government's first request for an enlargement of time for this purpose. Counsel for plaintiff, Arthur N. Lerner, has indicated that plaintiff does not oppose this motion.

The additional time requested in this motion is necessary because we have not yet received a litigation report or any documentation that may be required in order to provide a complete response to the complaint. See 28 U.S.C. § 520. It is anticipated that the agency will provide counsel with the litigation report and any supporting documents within sufficient time to prepare our response for filing on July 8, 2004.

For the above reasons, defendant respectfully requests that the Court grant this unopposed motion for an enlargement of time of 30 days, to and including July 8, 2004, to respond to the complaint.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Kathryn A. Bleecker
KATHRYN A. BLEECKER
Assistant Director

s/ Carolyn J. Craig
CAROLYN J. CRAIG
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Sreet, N.W.
Attn: Classification Unit, 8th floor
Washington, D.C. 20530
Tele: (202) 305-7561
Fax: (202) 305-7644
e-mail: carolyn.craig@usdoj.gov

Attorneys for Defendant

OF COUNSEL:

JILL GERSTENFIELD
Attorney
Officer of the General Counsel
Office of Personnel Management
1900 E Street, N.W.
Washington, D.C. 20415

June 1, 2004