# In the United States Court of Federal Claims

No. 04-633 C

(E-Filed: June 2, 2004)

HEALTHAMERICA PENNSYLVANIA, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

The court has before it Defendant's Unopposed Motion for Enlargement of Time. For the reasons stated therein, defendant's motion is GRANTED. Defendant's answer or other response to plaintiff's complaint shall be filed on or before Thursday, July 8, 2004.

The court notes that plaintiff's counsel does not appear to have a CM/ECF account, as required of parties in electronic filing (ECF) cases. On April 9, 2004, this case was designated an ECF case, and the court noted that "[i]n order to file documents and receive service in CM/ECF, attorneys of record must have a CM/ECF account" and that "[c]ounsel must immediately obtain a CM/ECF account if they do not have one already." Notice of Designation filed April 9, 2004. Plaintiff's counsel shall obtain a CM/ECF account on or before June 16, 2004. The Office of the Clerk shall transmit a copy of this order to plaintiff's counsel by mail or facsimile.

IT IS SO ORDERED.

EMILY C. HEWITT
Judge