# In the United States Court of Federal Claims

No. 04-633 C

(E-Filed: September 2, 2004)

HEALTHAMERICA PENNSYLVANIA, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

The court has before it the parties' Joint Preliminary Status Report (JPSR). The parties agree that there is a possibility of settlement and wish to defer formal discovery activities for a four-month period until Monday, January 3, 2005. JPSR at 5. The court agrees to this request. The parties shall file a joint status report, or if they cannot agree, separate status reports, on or before January 3, 2005, and earlier, at any time when it appears to either party that reasonable progress toward settlement is not being made.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge