# In the United States Court of Federal Claims

No. 04-633 C

(E-Filed: January 6, 2005)

HEALTHAMERICA PENNSYLVANIA, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

The court has before it the parties' Joint Status Report (JSR) dated January 3, 2005. The parties agree that there is a possibility of settlement and wish to continue deferring formal discovery activities until Monday, April 4, 2005, to allow defendant' s expert "to complete his evaluation and analysis of HealthAmerica's claim." JSR at 1. The court agrees to this request. The parties shall file a joint status report, or if they cannot agree, separate status reports, on or before April 4, 2005, and earlier, at any time when it appears to either party that reasonable progress toward settlement is not being made.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge