# In the United States Court of Federal Claims

No. 04-633 C

(E-Filed: March 7, 2005)

HEALTHAMERICA PENNSYLVANIA, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

The court is in receipt of the parties' Stipulation and Protective Order, filed March 2, 2005. The court ADOPTS the parties' Stipulation and Protective Order as an order, which shall remain in effect until further order of the court.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge