**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| HEALTHAMERICA PENNSYLVANIA, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 04-633C |
| v. | ) | (Judge Hewitt) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's order dated January 6, 2005, plaintiff, HealthAmerica Pennsylvania, Inc. ("HealthAmerica"), and defendant, the United States, file this joint status report.

As we stated in our joint status report filed January 3, 2005 and our joint preliminary status report, the parties have agreed to voluntarily exchange information and defer discovery in order to facilitate settlement discussions. HealthAmerica has provided the United States with copies of reports which support its claim. After the parties agreed to a protective order which was executed by the Court, HealthAmerica provided the Government additional data which has recently been provided to the Government's expert for analysis. Unfortunately, partly due to a change in Government counsel in this case, it took more time than anticipated to provide the data to the Government expert and we now expect that he will require approximately 45 more days to complete his evaluation and analysis of HealthAmerica's claim. Upon the Government's expert's completion of his analysis, the parties expect to continue their settlement negotiations. Accordingly, the parties request until June 3, 2005 to file a status report to inform the Court of the progress of the case.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Kathryn A. Bleecker
KATHRYN A. BLEECKER
Assistant Director

s/ Arthur N. Lerner
ARTHUR N. LERNER
Crowell & Moring, LLP
1001 Pennsylvania Ave., N.W.
Washington, D.C. 20004
Tel: 202-624-2500
Fax: 202-628-5116
E-mail: alerner@crowell.com

s/ J. Reid Prouty
J. REID PROUTY
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7585
Fax: (202) 514-7969
E-mail: j.reid.prouty@usdoj.gov

OF COUNSEL:

JILL GERSTENFIELD
Office of the General Counsel
Office of Personnel Management
1900 E Street, N.W.
Washington, D.C. 20415

Attorneys for Plaintiffs

Attorneys for Defendant

Dated: March 30, 2005