# In the United States Court of Federal Claims

No. 04-633 C

(E-Filed: April 11, 2005)

HEALTHAMERICA PENNSYLVANIA, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

The court has before it the parties' Joint Status Report (JSR), filed electronically March 30, 2005. The parties continue to agree that there is a possibility of settlement and wish to continue deferring formal discovery activities until June 3, 2005, to allow defendant' s expert "to complete his evaluation and analysis of HealthAmerica's claim." JSR at 1.

The court agrees to this request. The parties shall file a joint status report, or if they cannot agree, separate status reports, on or before Friday, June 3, 2005. The parties shall contact the court earlier at any time when it appears to either party that reasonable progress toward settlement is not being made.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge