**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| HEALTHAMERICA PENNSYLVANIA, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 04-633C |
| v. | ) | (Judge Hewitt) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's order dated April 11, 2005, plaintiff, HealthAmerica Pennsylvania, Inc. ("HealthAmerica"), and defendant, the United States, file this joint status report.

As we stated in our prior joint status reports, the parties have agreed to voluntarily exchange information and defer discovery in order to facilitate settlement discussions. HealthAmerica has provided the United States with copies of reports which support its claim and has supplemented those reports with additional data after the Court executed the protective order in this case. The Government's expert has conducted his initial evaluation of plaintiff's data and has requested additional information from plaintiff's consultants so that he may better evaluate the relevant reports. The parties agree that a further exchange of information and expert analysis may prove helpful to subsequent settlement negotiations. Under these circumstances, the parties need additional time to conduct the settlement negotiations. The parties, therefore, respectfully request until September 2, 2005 to file a status report to inform the Court of the progress of the case.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Kathryn A. Bleecker
KATHRYN A. BLEECKER
Assistant Director

s/ Arthur N. Lerner
ARTHUR N. LERNER
Crowell & Moring, LLP
1001 Pennsylvania Ave., N.W.
Washington, D.C. 20004
Tel: 202-624-2500
Fax: 202-628-5116
E-mail: alerner@crowell.com

s/ J. Reid Prouty
J. REID PROUTY
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7585
Fax: (202) 514-7969
E-mail: j.reid.prouty@usdoj.gov

OF COUNSEL:

JILL GERSTENFIELD
Office of the General Counsel
Office of Personnel Management
1900 E Street, N.W.
Washington, D.C. 20415

Attorneys for Plaintiff

Attorneys for Defendant

Dated: June 2, 2005