**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| HEALTHAMERICA PENNSYLVANIA, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 04-633C |
| v. | ) | (Judge Hewitt) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

As indicated in our September 2, 2005 "Joint Status Report," plaintiff, HealthAmerica Pennsylvania, Inc. ("HealthAmerica"), and defendant, the United States, file this joint status report.

The exchanges of information between the parties which were discussed in prior status reports have advanced to the point that the parties are engaging in settlement negotiations and are meeting on the afternoon of November 2, 2005 in furtherance of that process. The scheduling of these negotiations had been delayed due to conflicting travel schedules of counsel for both sides and the exigencies of a bid protest (Alion Science and Technology Corporation v. United States, No. 05-1072) defended by Government counsel. Although the results of negotiations cannot be predicted in advance, the parties are optimistic that the November 2, 2005 meeting will provide them a much clearer idea of the likelihood of a negotiated resolution to this case and the amount of time necessary for such a resolution.

The parties, therefore, respectfully request until December 2, 2005 to file a joint status report to inform the Court of the progress of the case.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Kathryn A. Bleecker
KATHRYN A. BLEECKER
Assistant Director

s/ Arthur N. Lerner
ARTHUR N. LERNER
Crowell & Moring, LLP
1001 Pennsylvania Ave., N.W.
Washington, D.C. 20004
Tel: 202-624-2500
Fax: 202-628-5116
E-mail: alerner@crowell.com

s/ J. Reid Prouty
J. REID PROUTY
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7585
Fax: (202) 514-7969
E-mail: j.reid.prouty@usdoj.gov

OF COUNSEL:

JILL GERSTENFIELD
Office of the General Counsel
Office of Personnel Management
1900 E Street, N.W.
Washington, D.C. 20415

Attorney for Plaintiff

Attorneys for Defendant

Dated: November 1, 2005