# In the United States Court of Federal Claims

No. 04-633 C

(E-Filed: November 10, 2005)

HEALTHAMERICA PENNSYLVANIA, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

## ORDER

The court has before it the parties' Joint Status Report (JSR), filed electronically on November 1, 2005. The parties state that they were to meet on November 2, 2005 to engage in settlement negotiations, and that they are "optimistic that the . . . meeting will provide them a much clearer idea of the likelihood of a negotiated resolution to this case and the amount of time necessary for such a resolution." JSR at 1. The parties therefore request until December 2, 2005, "to file a joint status report to inform the Court of the progress of the case." Id.

The court agrees to this request. The parties shall file a joint status report, or if they cannot agree, separate status reports, on or before December 2, 2005, and earlier, at any time when it appears to either party that reasonable progress toward settlement is not being made.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge