**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| HEALTHAMERICA PENNSYLVANIA, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 04-633C |
| v. | ) | (Judge Hewitt) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**<u>JOINT STATUS REPORT</u>**

Pursuant to the Court's order dated November 10, 2005, plaintiff, HealthAmerica Pennsylvania, Inc. ("HealthAmerica"), and defendant, the United States, file this joint status report.

The parties met in furtherance of settlement discussions on November 2, 2005 and have scheduled a follow-up meeting for December 13, 2005. Although the results of these settlement discussions cannot be predicted in advance, the parties remain optimistic that their exchanges of information will continue to advance the negotiation process and will lead to a settlement of this case.

The parties, therefore, respectfully request until January 13, 2006 to file a joint status report to inform the Court of the progress of the case.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Kathryn A. Bleecker
KATHRYN A. BLEECKER
Assistant Director

s/ Arthur N. Lerner
ARTHUR N. LERNER
Crowell & Moring, LLP
1001 Pennsylvania Ave., N.W.
Washington, D.C. 20004
Tel: 202-624-2500
Fax: 202-628-5116
E-mail: alerner@crowell.com

s/ J. Reid Prouty
J. REID PROUTY
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7585
Fax: (202) 514-7969
E-mail: j.reid.prouty@usdoj.gov

OF COUNSEL:

JILL GERSTENFIELD
Office of the General Counsel
Office of Personnel Management
1900 E Street, N.W.
Washington, D.C. 20415

Attorney for Plaintiff

Attorneys for Defendant

Dated: December 1, 2005