# In the United States Court of Federal Claims

No. 04-633 C

(E-Filed: December 2, 2005)

HEALTHAMERICA PENNSYLVANIA, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

The court has before it the parties' Joint Status Report (JSR), filed electronically on December 1, 2005. The parties state that they "remain optimistic that their exchange of information will continue to advance the negotiation process and will lead to a settlement of this case." JSR at 1. The parties therefore request until January 13, 2006, "to file a joint status report to inform the Court of the progress of the case." Id.

The court agrees to this request. The parties shall file a joint status report, or if they cannot agree, separate status reports, on or before January 13, 2006, and earlier, at any time when it appears to either party that reasonable progress toward settlement is not being made.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge