# In the United States Court of Federal Claims

No. 04-633 C

(E-Filed: January 9, 2006)

HEALTHAMERICA PENNSYLVANIA, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

Before the court is the parties' Joint Status Report (JSR), filed electronically on January 9, 2006, advising the court of the possibility of settlement and requesting "until February 17, 2006 to file a joint status report to inform the [c]ourt of the progress of the case unless [the parties] first file a joint stipulation of dismissal pursuant to a settlement agreement." JSR at 1.

The court agrees to this request. On or before Friday, February 17, 2006, the parties shall file a joint status report or, if they come to a settlement agreement on or before this date, a joint stipulation of dismissal.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge