**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| HEALTHAMERICA PENNSYLVANIA, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 04-633C |
| v. | ) | (Judge Hewitt) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

STIPULATION FOR ENTRY OF JUDGMENT

To settle the claims asserted in the complaint and to permit the entry of final judgment on those claims, without constituting an admission of liability on the part of defendant, it is stipulated and agreed between the parties:

1. As a Federal Employee Health Benefits ("FEHB") Program participant, HealthAmerica Pennsylvania, Inc. ("HealthAmerica") provided health care services to Federal employees, annuitants, and dependents who were enrolled in HealthAmerica's FEHB plan. At all relevant times, health care services were provided pursuant to the contract HealthAmerica entered into with the United States Office of Personnel Management ("OPM"). This contract is OPM FEHB Contract CS 2078.

2. On or about January 24, 2004, HealthAmerica filed a certified claim for premium underpayments with OPM for the 1987 through 1996 FEHB Program contract years.

3. OPM did not respond to the above-described claim within the 60 days required under the Contract Disputes Act ("CDA"). The claim was thereby deemed denied.

4. On or about April 9, 2004, HealthAmerica filed No. 04-633C, seeking damages for, and in relation to, underpayments to HealthAmerica by the United States and its component departments and agencies for FEHB program years 1987 through 1996.

5. HealthAmerica has offered to settle each and all of its consolidated claims in this case in exchange for payment by the United States of $5,000,000.00, inclusive of interest, with each party to bear its own costs, expenses, and attorney fees.

6. HealthAmerica's offer has been accepted upon behalf of the Attorney General.

7. The United States consents to entry of judgment against the United States in favor of HealthAmerica as set out in paragraph 5.

8. Upon entry of judgment, HealthAmerica releases, waives, and abandons all claims against the United States, its political subdivisions, its officers, agents, and employees, arising out of or related to the contract or otherwise involved in this case for contract years 1987 through 1996, regardless of whether they were included in the complaint, including, but not limited to, all claims for costs, expenses, attorney fees, compensatory damages, and exemplary damages.

9. This stipulation is in no way related to or concerned with income or other taxes for which HealthAmerica is now liable or may become liable in the future as a result of this stipulation or as a result of entry of a final judgment.

10. HealthAmerica warrants and represents that no other action or suit with respect to the claims advanced in this suit is pending or will be filed in or submitted to any other court, administrative agency, or legislative body. HealthAmerica further warrants and represents that it has made no assignment or transfer of all or any part of its rights arising out of or relating to the claims advanced in this suit. Should there be now or in the future any violation of these warranties and representations, any amount paid by the United States pursuant to this stipulation or pursuant to any judgment entered pursuant to this stipulation shall be refunded promptly by HealthAmerica, together with interest thereon at the rates provided in 41 U.S.C. § 611, computed from the date the United States makes such payment.

11. This stipulation is for the purposes of settling this case and permitting entry of final judgment, and for no other. Accordingly, this stipulation shall not bind the parties, nor shall it be cited or otherwise referred to, in any proceedings, whether judicial or administrative in nature, in which the parties or counsel for the parties have or may acquire an interest, except as is necessary to effect the terms of this stipulation.

12. Plaintiff's counsel represents that he has been and is authorized to enter into this stipulation on behalf of HealthAmerica.

13. This document constitutes a complete integration of the stipulation between the parties and supercedes any and all prior oral or written representations, understandings or agreements among or between them.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Kathryn A. Bleecker
KATHRYN A. BLEECKER
Assistant Director
Authorized Representative of the Attorney General

s/ Arthur N. Lerner
ARTHUR N. LERNER
Crowell & Moring, LLP
1001 Pennsylvania Ave., N.W.
Washington, D.C. 20004
Tel: 202-624-2500
Fax: 202-628-5116
E-mail: alerner@crowell.com

s/ J. Reid Prouty
J. REID PROUTY
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7585
Fax: (202) 514-7969
E-mail: j.reid.prouty@usdoj.gov

OF COUNSEL:

JILL GERSTENFIELD
Office of the General Counsel
Office of Personnel Management
1900 E Street, N.W.
Washington, D.C. 20415

Attorneys for Plaintiffs

Attorneys for Defendant

Dated: April 14, 2006