# In the United States Court of Federal Claims

No. 04-633 C

(E-Filed: April 17, 2006)

HEALTHAMERICA PENNSYLVANIA, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

The court has received, reviewed and approved the parties' Stipulation for Entry of Judgment (Stipulation) filed electronically April 14, 2006. The Clerk of the Court shall, in accordance with ¶ 5 of the Stipulation, enter judgment for plaintiff of $5,000,000.00 (inclusive of interest). Each party shall bear its own costs, expenses, and attorney's fees.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge