# In the United States Court of Federal Claims

**No. 04-633 C**

**HEALTHAMERICA PENNSYLVANIA, INC.,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the stipulation for entry of judgment, filed April 14, 2006, and the court's Order, filed April 17, 2006,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the plaintiff recover of and from the United States the sum of $5,000,000.00 (inclusive of interest). Each party shall bear its own costs, expenses, and attorney's fees.

Brian Bishop
Clerk of Court

**April 18, 2006** By: s/Lisa L. DeFade

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.