United States Court of Federal Claims
717 MADISON PLACE, N.W.
WASHINGTON, DC 20005

April 19, 2006

Arthur Norman Lerner, Esq.

Crowell & Moring

1001 Pennsylvania Avenue, NW, Suite 1100

Washington, DC 20004-2595

In re: Healthamerica Pennsylvania, Inc. v. United States, No. 04-633 C

Dear Mr. Lerner:

I am enclosing the 28 U.S.C. §2517 certified transcript of judgment, dated April 18, 2006, in favor of plaintiff in the case listed above.

As to the procedure for obtaining payment of judgment, see the enclosed Instruction Sheet.

Yours truly,

Lisa L. DeFade

Lisa L. DeFade

Chief Deputy Clerk Operations

Enclosures

cc: Jonathan Reid Prouty, Esq.